UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

August 30, 2017

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

GUI WEN PAN,

        Defendant.

Case No.  2:17-cr-00136-KJM

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release GUI WEN PAN

Case No. 2:17-cr-00136-KJM  Charge 21 USC § 841(a)(1)from custody for the

following reasons:

       \_\_\_\_\_   Release on Personal Recognizance

       \_\_\_\_\_   Bail Posted in the Sum of $ _____

        \_\_\_\_\_   Unsecured Appearance Bond $ _____

        \_\_\_\_\_   Appearance Bond with 10% Deposit

              Appearance Bond with Surety ($100,000 Collateral

         X   Bond secured by all available equity in property of Gui

        \_\_\_\_\_   Wu Pan)

        \_\_\_\_\_   Corporate Surety Bail Bond

              (Other): Pretrial release conditions as stated on the

         X

        \_\_\_\_\_   record in open court.

Issued at Sacramento, California on August 30, 2017 at 2:00 PM

        By:  _____

              Magistrate Judge Kendall J. Newman