KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
YONG JIE LIU

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>XIU PING LI, GUI WEN PAN, XIU RU LI, DAO ZHONG WEI, YONG JIE LIU, YOU AN LI, SHUI PING ZHEN, KONG LIANG LI, GUANGZHAO LI AND HUANG CHEN,<br><br>    Defendants. | No. 17-CR-00136-DAD<br><br>STIPULATION AND<br>ORDER CONTINUING CASE AND<br>EXCLUDING TIME<br><br>Date:  September 12, 2022<br>Time:  9:00 am.<br>Judge:  Honorable Dale A. Drozd |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff, together with Christopher Cosca, attorney for defendant Xiu Ping Li, Philip Cozens, attorney for defendant Gui Wen Pan, Olaf W. Hedberg, attorney for defendant Xiu Ru Li, attorney Todd Leras, attorney for defendant Dao Zhong Wei, attorney Candice L. Fields for defendant You An Li, attorney Joshua Kaizuka for defendant Shui Ping Zheng, attorney Martin Jones for defendant Kong Liang Li, attorney M. Jared Favero for defendant Guangzho Li, attorney Etan Zaitsu for defendant Huang Chen and Kyle Knapp, attorney for defendant Yong Jie Liu, that the

1

previously-scheduled status conference, currently set for September 12, 2022, be vacated and that the matter be set for status conference on January 10, 2023 at 9:00 a.m.

Counsel have conferred and this continuance is requested to investigate and evaluate the volume of discovery already received in this case, meet with their clients and further analyze possible defenses in this matter.  In addition to our continued preparation, offers have been extended and more time is needed for to properly vet and evaluate the offers with our clients utilizing the services of the Mandarin interpreter.  Finally, new counsel for defendant Kong Liang Li has entered the case and will need time to get familiar with the discovery.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, September 6, 2022, up to and including January 10, 2023.

IT IS SO STIPULATED.

Dated: September 6, 2023                    PHILLIP A. TALBERT
                                            UNITED STATES ATTORNEY

                                    by:    /s/ Roger Yang
                                            ROGER YANG
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

Dated:  September 6, 2023                   /s/ Christopher Cosca
                                            CHRISTOPHER COSCA
                                            Attorney for Defendant
                                            XIU PING LI

Dated:  September 6, 2023                   /s/ Philip Cozens
                                            PHILIP COZENS
                                            Attorney for Defendant
                                            GUI WEN PAN

Dated:  September 6, 2023                   /s/ Olaf W. Hedberg
                                            OLAF W. HEDBERG
                                            Attorney for Defendant

|  |  |
|---|---|
|  | XIU RU LI |
| Dated:  September 6, 2023 | /s/ Todd D. Leras<br>TODD D. LERAS<br>Attorney for Defendant<br>DAO ZHONG WEI |
| Dated:  September 6, 2023 | /s/ Candice L. Fields<br>CANDICE L. FIELDS<br>Attorney for Defendant<br>YOU AN LI |
| Dated:  September 6, 2023 | /s/ Joshua Kaizuka<br>JOSHUA KAIZUKA<br>Attorney for Defendant<br>SHUI PING ZHENG |
| Dated:  September 6, 2023 | /s/ Martin Jones<br>MARTIN JONES<br>Attorney for Defendant<br>KONG LIANG LI |
| Dated:  September 6, 2023 | /s/ M. Jared Favero<br>M. JARED FAVERO<br>Attorney for Defendant<br>GUANGZHAO LI |
| Dated:  September 6, 2023 | /s/ Etan Zaitsu<br>ETAN ZAITSU<br>Attorney for Defendant<br>HUANG CHEN |
| Dated: September 6, 2023 | /s/ Kyle R. Knapp<br>KYLE KNAPP<br>Attorney for Defendant<br>YONG JIE LIU |

**ORDER**

The Stipulation of the parties is hereby accepted, and the requested continuance is GRANTED. This matter shall be dropped from this court's September 12, 2022, criminal calendar and re-calendared for status conference on January 10, 2023.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on September 6, 2022, through and including January 10, 2023.

IT IS SO ORDERED.

Dated: **September 8, 2022**

_____
UNITED STATES DISTRICT JUDGE