Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
HUANG CHEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>XIU PING LI, GUI WEN PAN, XIU RU LI, DAO ZHONG WEI, YONG JIE LIU, YOU AN LI, KONG LIANG LI, GUANGZHAO LI AND HUANG CHEN,<br><br>           Defendants. | Case No.: 2:17-CR-00136 DJC<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>Date:    May 8, 2023<br>Time:   9:00 a.m.<br>Court:  Hon. Daniel J. Calabretta |

**STIPULATION**

The above captioned defendants, by and through their undersigned attorneys, and Plaintiff United States of America, by and through its undersigned attorney of record, hereby stipulate that the previously-scheduled status conference, currently set for May 8, 2023, be vacated and that the matter be set for status conference on July 13, 2023 at 9:00 a.m.

Counsel have conferred and this continuance is requested to investigate and evaluate the volume of discovery already received in this case, meet with their clients and further analyze possible defenses in this matter. In addition to our continued preparation, offers have

1

**Stipulation and Order for Continuance**

been extended and more time is needed to properly vet and evaluate the offers with counsels' respective clients utilizing the services of a Mandarin interpreter.

   IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, May 8, 2023, up to and including July 13, 2023.

   **IT IS SO STIPULATED.**

Dated:  May 3, 2023      /s/ Etan Zaitsu
                         ETAN ZAITSU
                         Counsel for Defendant
                         HUANG CHEN

Dated:  May 3, 2023      /s/ Christopher Cosca
                         CHRISTOPHER COSCA
                         Attorney for Defendant
                         XIU PING LI

Dated:  May 3, 2023      /s/ Philip Cozens
                         PHILIP COZENS
                         Attorney for Defendant
                         GUI WEN PAN

Dated:  May 3, 2023      s/ Olaf W. Hedberg
                         OLAF W. HEDBERG
                         Attorney for Defendant
                         XIU RU LI

Dated:  May 3, 2023      /s/ Todd D. Leras
                         TODD D. LERAS
                         Attorney for Defendant
                         DAO ZHONG WEI

**Stipulation and Order for Continuance**

| | |
|---|---|
| Dated: May 3, 2023 | /s/ Candice L. Fields<br>CANDICE L. FIELDS<br>Attorney for Defendant<br>YOU AN LI |
| Dated: May 3, 2023 | /s/ Martin Jones<br>MARTIN JONES<br>Attorney for Defendant<br>KONG LIANG LI |
| Dated: May 3, 2023 | /s/ M. Jared Favero<br>M. JARED FAVERO<br>Attorney for Defendant<br>GUANGZHAO LI |
| Dated: May 3, 2023 | /s/ Kyle R. Knapp<br>KYLE KNAPP<br>Attorney for Defendant<br>YONG JIE LIU |
| Dated: May 3, 2023 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ Roger Yang<br>ROGER YANG<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**Stipulation and Order for Continuance**

**ORDER**

The Stipulation of the parties is hereby accepted, and the requested continuance is GRANTED. This matter shall be dropped from this court's May 8, 2023, criminal calendar and re-calendared for status conference on July 13, 2023, at 9:00 a.m.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on May 8, 2023, through and including July 13, 2023.

**IT IS SO ORDERED.**

Dated: May 5, 2023         /s/ Daniel J. Calabretta
                          THE HONORABLE DANIEL J. CALABRETTA
                          UNITED STATES DISTRICT JUDGE

**Stipulation and Order for Continuance**