UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>XUI PING LI, GUI WEN PAN, XIU RU LI, and HUANG CHEN,<br><br>  Defendants. | No. 2:17-cr-00136-DJC<br><br>TRIAL CONFIRMATION ORDER |

On July 18, 2024, the Court conducted a trial confirmation hearing. Roger Yang appeared on behalf of Government. Christopher Cosca appeared for Defendant Xiu Ping Li and on behalf of Philip Cozens for Defendant Gui Wen Pan. Todd Leras appeared on behalf of Olaf Hedberg for Defendant Xui Ru Li. Etan Zaitsu appeared for Defendant Huang Chen. Based on the results of that trial confirmation hearing, the Court now issues this trial confirmation order.

This matter is set for trial on September 30, 2024. In preparation for this trial date, the Court hereby ORDERS:

**I.       Motions in Limine**

The parties have not yet filed motions in limine. The Court does not encourage the filing of motions in limine unless they are addressed to issues that can realistically

be resolved by the Court prior to trial and without reference to the other evidence which will be introduced by the parties at trial. Any motions in limine counsel elect to file shall be filed on or before September 18, 2024. Each party's motions in limine should be filed in a single document with each motion beginning on a new page within that document. Opposition shall be filed on or before September 23, 2024. Each party's oppositions to motions in limine should be filed in a single document with each opposition beginning on a new page within that document. Where necessary for sealing purposes, a motion in limine or opposition to a motion in limine may be filed separately from the rest of the motions/oppositions. Parties should be prepared to present argument on these motions at the final status conference.

**II.   Witnesses**

The government shall, and Defendant may, file witness lists no later than September 18, 2024.   Each party may call a witness designated by the others.

**III.   Exhibits**

While the Court is cognizant of the government's burden and the defendant's right to not present evidence at trial, identification of potential exhibits will streamline the trial for the parties and the jury. Accordingly, counsel and/or parties shall file their respective exhibit lists no later than September 18, 2024.

No exhibit shall be marked with or entered into evidence under multiple exhibit numbers. All exhibits must be pre-marked as discussed below.

At trial, joint exhibits shall be identified as JX and listed numerically, e.g., JX-1, JX-2. The government's exhibits shall be listed numerically, and defendants' exhibits shall be listed alphabetically. The parties must prepare three (3) separate exhibit binders for use by the Court at trial, with a side tab identifying each exhibit in accordance with the specifications above. Each binder shall have an identification label on the front and spine. **The final exhibit binders are due to the Court on the first day of trial.**

////

### IV. Stipulations

The Court is unaware of any stipulations.

### V. Trial Briefs

Trial Briefs from both parties shall be filed on September 18, 2024.

### VI. Joint Statement of the Case

Parties shall file a stipulated joint statement of the case by September 18, 2024.

### VII. Proposed Jury *Voir Dire*

By September 18, 2024, parties shall file proposed questions to be asked by the Court during jury selection.  Parties are advised to limit the number of proposed *voir dire* and to only propose questions they feel are essential.

The Government shall be limited to 20 minutes of jury *voir dire*.  Each defendant shall be limited to 10 minutes of jury *voir dire*, although the Court will entertain other proposals at the final status conference.

### VIII. Proposed Jury Instructions

The Court directs the parties to meet and confer in an attempt to generate a joint set of jury instructions.

On or before September 18, 2024, parties shall submit Joint Proposed Jury Instructions to the Court.  If parties are unable to agree on an instruction, parties shall include any such instruction and/or under a separate heading in Joint Proposed Jury Instructions and identify which party proposed the jury instructions or verdict and the source of and authority for the proposed jury instruction.  Any objections to a proposed jury instruction shall be included in the Joint Proposed Jury Instructions. Any objection should identify the party objecting, provide a concise statement of the reasons for the objection, and include any relevant citation to authority.  When applicable, the objecting party shall submit an alternative proposed instruction on the issue or identify which of his or her own proposed instructions covers the subject.   All proposed jury instructions, whether agreed or disputed, shall be contained in a single document as described above.  All blanks in form instructions should be completed

and all brackets removed.

### IX. Proposed Verdict Form

The government shall file a proposed verdict form no later than September 18, 2024. Any opposition to the proposed verdict form shall be filed by the Defendant by September 23, 2024.

### X. Filing Documents

All documents mentioned above, including but not limited to Proposed Jury Instructions, Witness Lists, Exhibit Lists, Joint Statement of the Case, Proposed Verdict Form, and Motions in Limine, shall be filed on the docket in this action **and** also emailed as a Word document to djcorders@caed.uscourts.gov.

### XI. Final Status Conference

The Court will conduct a Final Status Conference on September 26, 2024, at 9:00 a.m. in Courtroom 10 before the Honorable Daniel J. Calabretta. At that time, the Court will hear argument on motions in limine and any outstanding matters to be resolved before trial.

### XII. Trial Date/Estimated Time of Trial

Jury Trial is set for September 30, 2024, at 8:30 a.m. in Courtroom 10 before the Honorable Daniel J. Calabretta. The parties are directed to Judge Calabretta's standard procedures available on his webpage on the court's website.

The parties are to contact Gabriel Michel, Courtroom Deputy for Judge Calabretta, via email (gmichel@caed.uscourts.gov), one week prior to trial to ascertain the status of the trial date.

////
////
////
////
////
////

**XIII.   Objections to Pretrial Order**

Each party is granted 7 days from the date of this order to file objections to this order.  If no objections are filed, the order will become final without further order of this Court.

IT IS SO ORDERED.

Dated:   **July 19, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE