PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>YOU AN LI,<br><br>              Defendant. | CASE NO.  2:17-CR-0136 DJC<br><br>ORDER STRIKING DOCKET ENTRY 286<br><br>DATE: August 22, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

The Court has read and considered the Stipulation to Strike Erroneous Docket Entry, filed by the parties in this matter on August 21, 2024. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause to strike Docket Entry #286, which was filed in error.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The docket entry at ECF No. 286 is STRICKEN.

2. The Clerk of Court shall seal the docket entry at ECF No. 286.

IT IS SO ORDERED.

Dated: August 22, 2024          /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE