PHILLIP A. TALBERT
United States Attorney
ROGER YANG
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>   v.<br><br>XIU PING LI,<br>GUI WEN PAN,<br>XIU RU LI,<br>DAO ZHONG WEI,<br>YONG JIE LIU,<br>KONG LIANG LI, and<br>GUANGZHAO LI,<br><br>  Defendants. | 2:17-CR-00136-DJC<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreements entered into between plaintiff United States of America and defendants Dao Zhong Wei, Yong Jie Liu, Kong Liang Li, Xiu Ping Li, Gui Wen Pan, Xiu Ru Li, and Guangzhao Li, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendants Dao Zhong Wei, Yong Jie Liu, Kong Liang Li, Xiu Ping Li, Gui Wen Pan, Xiu Ru Li, and Guangzhao Li's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.    Real Property at 7810 Elsie Avenue, Sacramento, California, Sacramento County, APN: 115-0061-014-0000,
    b.    Approximately $220,402.19 in lieu of Real Property at 2860 Central Avenue, Roseville, California, Placer County, APN: 474-010-017-000, plus all accrued interest,

      c.      Approximately $116,993.06 in lieu of Real Property at 8114 Suarez Way, Elk Grove, California, Sacramento County, APN: 132-2000-032-0000, plus all accrued interest,

      d.      Approximately $32,671.32 in lieu of Real Property at 3433 La Cadena Way, Sacramento, California, Sacramento County, APN: 201-1010-037-0000, plus all accrued interest,

      e.      Approximately $107,774.10 in lieu of Real Property at 3433 Mas Amilos Way, Sacramento, California, Sacramento County, APN: 201-1010-007-0000, plus all accrued interest,

      f.      Approximately $55,901.60 in lieu of Real Property at 2725 52nd Avenue, Sacramento, California, Sacramento County, APN: 036-0132-002-0000, plus all accrued interest,

      g.      Approximately $39,775.00 in U.S. Currency, plus all accrued interest,

      h.      Approximately $70,844.37 seized from Bank of America Account Number 381008886819, plus all accrued interest, and

      i.      Approximately $5,000.00 in Moneygram Money Orders, plus all accrued interest.

2.      The above-listed property constitutes or is derived from proceeds obtained, directly or indirectly, as a result of violations of 21 U.S.C. § 841(a)(1).

3.      Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the U.S. Marshals Service or the Internal Revenue Service – Criminal Investigation, in their secure custody and control.

4.      a.      Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

      b.      This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

///

///

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED this 25th day of October, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE